Randolph County v. Caldwell.

Mr. RUFUS COPE, for appellant.

Mr. AARON SHAW and Mr. F. G. COCKRELL, for appellee.

RANDOLPH COUNTY

v.

JAMES A. CALDWELL.

APPEAL—FREEHOLD.—This case involving the question of freehold, this court cannot take jurisdiction on appeal or writ of error.

ERROR to the Circuit Court of Randolph county; the Hon. AMOS WATTS, Judge, presiding. Opinion filed August 13, 1880.

Mr. R. J. GODDARD, for plaintiff in error.

Mr. ABRAM G. GORDON, for defendant in error.

PER CURIAM. This writ of error was sued out Feb. 12th, 1880. The controversy involves a freehold.

We have no jurisdiction of the subject matter. Session laws 1879, page 222, Sec. 2. Gage v. Busse, 94 Ill. 590. We must dismiss the writ of error. People v. Hotz, 92 Ill. 426; Wright v. People, Id. 596. The record may be withdrawn.
                    Writ of error dismissed.

# CASES

IN THE

# APPELLATE COURTS OF ILLINOIS.